UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
)
Theresa Gellinger ) Bankruptcy No. 18-22703
)
)
Debtor ) CHAPTER 13

### AFFIDAVIT OF VERIFICATION OF SCHEDULES A, B, C, D AND F AND SUMMARY OF SCHEDULES

The above-named Debtor hereby certifies that the Schedules A, B, C, D and F, Summary of Schedules and Statement of Financial Affairs filed on October 9, 2018 are true and correct to the best of his knowledge.

Date: 1-16-19

By: Theresa Gellinger

### CERTIFICATE OF SERVICE

On January 21, 2019, I certify that on this date service of a true and complete copy of the Affidavit of Verification of Schedules was made upon each entry shown on the Matrix attached hereto by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope.

All parties per the attached matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-2<br>Case 18-22703-jra<br>Northern District of Indiana<br>Hammond Division<br>Mon Jan 21 14:57:16 EST 2019 | Advanced Care Medical Specialist<br>541 Otis Bowen Drive<br>Munster, IN 46321-4158 | BP/SYNCB<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 |
| Barclay Card<br>Po Box 60517<br>City of Industry, CA 91716-0517 | Brenda Jones- ReMax Executives<br>Po Box 310<br>DeMotte, IN 46310-0310 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Credit One Bank<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 |
| Jason Eugene Duhn<br>11347 Brentwood Ave.<br>Zionsville, IN 46077-9349 | EGS Financial Care<br>PO Box 1020    DEPT. 806<br>Horsham, PA 19044-8020 | Elite Medical Transport LLC<br>PO Box 992<br>Mokena, IL 60448-0992 |
| Emergency Care Assoc, of IN. LLC<br>PO Box 37974<br>Philadelphia, PA 19101-0574 | Franciscan Alliance<br>28044 Network Place<br>Chicago, IL 60673-1280 | Franciscan Physician Network<br>2434 Interstate Plaza Drive, Suite 2<br>Hammond, IN 46324-2947 |
| Nancy J. Gargula<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 | Theresa M Gellinger<br>134 Church Street<br>Manitou, IL 60950-1008 | Imaging Associates of Indiana<br>75 Remittance Drive<br>Dept 1162<br>Chicago, IL 60675-1162 |
| (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 | Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 | Indiana Home Care Phys Inc.<br>7895 Broadway STE 7895<br>Merrillville, IN 46410-5529 |
| Indiana Medi-Car Inc.<br>395 West Lake Street<br>Elmhurst, IL 60126-1508 | Integrated Rehab Consult LLC<br>PO Box 74008272<br>Chicago, IL 60674-8272 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Komyatte & Casbon, P.C.<br>9650 Gordon Dr.<br>Highland, IN 46322-2909 | Lake County Treasurer<br>Attention: Bankruptcy Clerk<br>2293 North Main Street<br>Crown Point IN 46307-1854 | Lowes/Synchrony Bank<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| MiraMed Revenue Group/Bankruptcy<br>360 E 22nd St<br>Lombard, IL 60148-4924 | Catherine Molnar-Boncela<br>Gordon E. Gouveia & Associates<br>433 West 84th Drive<br>Merrillville, IN 46410-6247 | Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 |

| | | |
|---|---|---|
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619094<br>Dallas, TX 75261-9094 | Nephrology Associates of Northern IL<br>120 W. 22nd Street<br>Oak Brook, IL 60523-1563 | NorthStar Anesthesia of Indiana LLC<br>PO Box 612364<br>Dallas, TX 75261-2364 |
| Park Place of St. John health and Wellne<br>10820 Park Place<br>Saint John, IN 46373-8630 | Pathology Consultant, Inc.<br>P.O. Box 30309<br>Charleston, SC 29417-0309 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>POB41021<br>NORFOLK, VA 23541 |
| Sanford IRA Knight DPM<br>434 Woodlawn Ave<br>Glencoe, IL 60022-2124 | Slate Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Superior Ambulance<br>395 W. Lake St.<br>Elmhurst, IL 60126-1508 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | The Methodist Hospitals<br>27350 Network Place<br>Chicago, IL 60673-1273 | Town of Dyer<br>PO Box 1368<br>Elmhurst, IL 60126-8368 |
| Vericare of Florida Inc<br>PO Box 8000-463<br>Buffalo, NY 14267-0001 | Vohra Wound Physicians of the West<br>3601 SW 160th Ave, Suite 250<br>Miramar, FL 33027-6314 | Wakefield & Associates, Inc.<br>Po Box 58 * 830 E Platte Ave Unit A<br>Fort Morgan, CO 80701-0058 |
| Walmart/Synchrony Bank<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Stacia L. Yoon<br>1101 Cumberland Crossing Dr, PMB #260<br>Valparaiso, IN 46383-2356 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Indiana Department of Revenue
Bankruptcy Section - MS 108
100 North Senate Avenue, N240
Indianapolis IN  46204

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     2<br>Total                  48 |