**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 7 |
| THERESA M GELLINGER | CASE NO: 18-22703 |
| DEBTOR | JUDGE: JAMES R. AHLER |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The Court finds that Nationstar Mortgage LLC d/b/a Mr. Cooper filed a motion herein in which it requested relief pursuant to 11 U.S.C § 362, so that the Creditor may accelerate its debt, foreclose its mortgage, and otherwise pursue its contractual and state law remedies. For good cause shown, Nationstar Mortgage LLC d/b/a Mr. Cooper' Motion for Relief from Automatic Stay herein is granted.  The Courts makes no determination regarding the validity, perfection, or priority of the lien or interest claimed by Nationstar Mortgage LLC d/b/a Mr. Cooper.

Therefore, pursuant to 11 U.S.C § 362 it is ORDERED that the automatic stay which issued herein be and is terminated with respect to Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and assigns, to permit said secured creditor to take any and all actions necessary to accelerate the balance due on this obligation, to foreclose its mortgage, to sell the property in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the real estate commonly known as 631 206th Street, Dyer, IN 46311, and more particularly described as:

```
ALL THAT CERTAIN LOT OR PIECE OF GROUND SITUATE IN THE COUNTY OF
LAKE AND THE STATE OF INDIANA DESCRIBED AS FOLLOWS:

LOT FIVE HUNDRED SEVENTEEN (517), NORTHGATE NINTH ADDITION, TO THE
TOWN OF DYER, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 44, PAGE
17, IN THE OFFICE OF THE RECORDER OF LAKE COUNTY, INDIANA.

BEING THE SAME PROPERTY CONVEYED TO RONALD F. GELLINGER AND
THERESA GELLINGER, HUSBAND AND WIFE BY DEED FROM RONALD F.
GELLINGER RECORDED 05/01/2000 IN DEED BOOK 2000 PAGE 029279, IN
THE RECORDER'S OFFICE OF LAKE COUNTY, INDIANA.

TAX ID: 45-10-01-228-015.000-034
```

It is finally ordered that the fourteen (14) day stay as provided by FRBP 4001(a) is

waived.

SO ORDERED AND ADJUDGED.


Entered: _____            _____
                                 Judge, United States Bankruptcy Court

Distribution List:

Jason E. Duhn
Shapiro, Van Ess, Phillips & Barragate, LLP
4805 Montgomery Road
Suite 320
Norwood, Ohio  45212

Theresa M Gellinger
134 Church Street
Manteno, IL 60950

Catherine Molnar-Boncela
Gordon E. Gouveia & Associates
433 West 84th Drive
Merrillville, IN 46410

Stacia L Yoon
1101 Cumberland Crossing Dr, PMB #260
Valparaiso, IN 46383

U.S. Trustee
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2349