UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| IN RE:<br>THERESA M GELLINGER<br><br>            DEBTOR(S) | CASE NO. 18-22703-jra |
|---|---|

## OBJECTION TO MOTION FOR
## STAY RELIEF AND TO ABANDON REAL ESTATE

    Comes now Chapter 7 Trustee Stacia Yoon and objects to the motion requesting relief from the automatic stay filed on February 11, 2019 by Nation Star Mortgage because the §341 meeting of creditors will not take place until after the date to file written objections.

WHEREFORE, the trustee requests a hearing on same.

DATED: February 13, 2019           By:   /s/ Stacia L. Yoon
                                                        STACIA L. YOON, TRUSTEE #16933-53
                                                        1101 Cumberland Crossing Dr.
                                                        PMB# 260
                                                        Valparaiso, IN 46383
                                                         (219) 779-9265
                                                         bankruptcysylaw@comcast.net

## CERTIFICATE OF SERVICE

    I certify that on February 13, 2019 service of true and complete copies of the above pleading or paper was made upon the following by electronic service.

U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Catherine Molnar-boncela, geglaw@gouveia.comcastbiz.net
Nation Star Mtg. c/o Jason Duhn, jduhn@logs.com

and upon the following by depositing the same in the United States Mail, in envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Theresa M Gellinger, 134 Church Street, Manitou, IL 60950

                                                                                  /s/ Mary E. Frey
                                                                                   MARY E. FREY